**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GERTILUS FRANCISCO,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY/IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Respondents. | No. 4:26-CV-01254<br><br>(Chief Judge Brann) |

**ORDER**

**AUGUST 31, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner Gertilus Francisco ("Petitioner")'s motion to enforce the judgment, Doc. 9, is **GRANTED**;
2. The Government **SHALL** release Petitioner from custody within 48 hours of the date of this Order;
3. The Government shall not arrest, detain, or otherwise take Petitioner into custody on the basis of his immigration status for a period of at least fourteen days following his release from custody; and
4. Should Petitioner be redetained pursuant to § 1226(a), the Government shall provide him with an individualized bond hearing

comporting with due process as soon as reasonably practicable at which the Government shall bear the burden of proof by clear and convincing evidence.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge